*Barbosa da Cunha v. Freden*
No. 25-3141

**Separate Statement of José A. Cabranes, Senior Circuit Judge**

As a senior judge, I am not authorized to vote on motions for *en banc* review. That said, I take this opportunity to express my solidarity with the views expressed by my colleagues, Judges Bianco and Nathan, in their opinion concurring in the denial of rehearing *en banc*.